UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 8:25-cv-01426 ADS　　　　　　　　　　　　　Date: September 18, 2025

Title: *Robert Mena v. Dick Church Partners LTD, Inc. et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

   On August 19, 2025, Defendants Dick Church Partners LTD, Inc. and The Lost Bean Dick Churchs LLC filed an Application for Stay and Early Mediation (the "Application"). (Dkt No. 14.) To date, Plaintiff has not opposed or otherwise responded to the Application.

   Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for lack of prosecution. Plaintiff must file a written response no later than September 25, 2025. Among other appropriate responses, Plaintiff may file a response to the Application in response to this Order to Show Cause by the above date.

   **Plaintiff is expressly warned that failure to timely file a response to this order may result in dismissal of the action**.

   **IT IS SO ORDERED.**

Initials of Clerk kh