UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: 8:25-cv-01426 ADS                              Date: October 16, 2025

Title: *Robert Mena v. Dick Church Partners LTD, Inc. et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

On July 1, 2025, Plaintiff filed a Complaint against Defendants Dick Church Partners LTD, Inc., The Lost Bean Dick Churchs LLC, and Does. (Dkt No. 1.) A Summons and Notice Of Assignment To A U.S. Magistrate Judge And Declination Of Consent were issued on July 3, 2025. (Dkt. Nos. 5, 6.) Federal Rule of Civil Procedure 4(m) requires defendants be served within 90 days after a complaint is filed. Plaintiff is required to file a proof of service of the Summons, Complaint, and Notice Of Assignment To A U.S. Magistrate Judge And Declination Of Consent within 14 days of service. C.D. Cal. L. R. 4-6. To date, Plaintiff has not filed a proof of service as to Defendant Dick Church Partners LTD, Inc.

Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for failure to prosecute as to Defendant Dick Church Partners LTD, Inc. Plaintiff must file a written response no later than **October 23, 2025.** Filing a proof of service that shows completed service upon Defendant Dick Church Partners LTD, Inc. of the Summons, Complaint, and Notice of Assignment To A U.S. Magistrate Judge And Declination Of Consent will discharge this Order to Show Cause.

**IT IS SO ORDERED.**

Initials of Clerk kh